**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**ON REMOVAL FROM HENNEPIN COUNTY DISTRICT COURT,**
**FOURTH JUDICIAL DISTRICT, STATE OF MINNESOTA**

---

Timothy and April Bottger,
husband and wife,

Plaintiffs,

vs.

**STIPULATION and ORDER FOR REMAND**

Harmon Glass Company, a Minnesota corporation and Apogee Enterprises, Inc., a Minnesota corporation,

Docket No. 00-CV1115 DDA/FLN

Defendants.

---

**COMES NOW** the undersigned counsel, on behalf of the parties above named, and hereby stipulate and agree as follows:

1. That paragraph 22 (County VIII) and paragraph 23 (Count IX) of the Plaintiff's Complaint herein are dismissed with prejudice.

2. That paragraph 47 (Twenty-first Defense) and paragraph 49 (Twenty-third Defense) of the Defendants' Answer herein are dismissed with prejudice;

3. By virtue of the foregoing stipulations, this Court lacks original jurisdiction and the remainder of this action shall be remanded to the Hennepin County District Court, Fourth Judicial District, State of Minnesota;

FILED MAY 1 2 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. The parties shall bear their own costs and expenses incurred herein.

Dated: May 9, 2000.

Warren V. Bigelow Jr., Esq. #8229
1000 Superior Blvd.
Wayzata, MN 55391
(952)475-3435

Attorney for Plaintiffs

Dated: May 9, 2000.

DORSEY & WHITNEY LLP

By: Douglas R. Christensen, Esq., #192594
Matthew E. Klein, Esq., #258957
Ashleigh Bausch, Esq., #292618
Pillsbury Center 220 South Sixth Street
Minneapolis, MN 55402-1498
(612)340-2600

Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

Dated: May 12, 2000.

Donald D. Alsop
United States District Court Judge